UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-23846-KMW

**LISSETTE MONZON,**

    **Plaintiff,**

v.

**BNT NAILS SALON #1, INC.,** *et. al.*,

    **Defendants.**
_____/

**PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, **LISSETTE MONZON**, by and through undersigned counsel hereby serves this Plaintiff's Statement of Claim. Plaintiff's good faith estimate of unpaid wages is as follows:

    a. Total amount of alleged unpaid Overtime wages:

    $45,998.80 (Liquidated)

    b. Calculation of such wages:

Plaintiff's employment runs from January 2015 through present day (approx. eighty-nine (89) weeks) where Plaintiff was employed by Defendants to do work as a non-exempt nail technician. During her employment, Plaintiff earned, on average, $550.00 per week based on the amount of services she performed. Plaintiff's weekly hours varies between fifty-five (55) hours per week, when working five days per week, and sixty-two (62 hours), when working six days per week. Plaintiff now seeks unpaid overtime wages, at a rate of no less than time-and-a-half her regular rate, liquidated damages, plus reasonable attorneys' fees and costs.

    c. Nature of wages (e.g. overtime or straight time):

    This amount represents unpaid overtime wages and liquidated damages.

d. Calculation Chart

*Weeks Working Fifty-Five Hours Per Week*

| OVERTIME RATE | OVERTIME HOURS WORKED (TOTAL) | OT RATE X OT HOURS WORKED | APPROX. WEEKS NOT PAID OT | TOTAL UNPAID OT |
|---|---|---|---|---|
| $15.00<br><br>($550.00/55 = $10.00; $10.00 x 1.5) | 15 HOURS | $225.00 | 45 WEEKS | $10,125.00 |

*Weeks Working Sixty-Two Hours Per Week*

| OVERTIME RATE | OVERTIME HOURS WORKED (TOTAL) | OT RATE X OT HOURS WORKED | APPROX. WEEKS NOT PAID | TOTAL UNPAID OT |
|---|---|---|---|---|
| $13.30<br><br>($550.00/62 = $8.87; $8.87 x 1.5) | 22 HOURS | $292.60 | 44 WEEKS | $12,874.40 |

e. Attorneys' Fees & Costs

To date, attorneys' fees totals $1,400.00 (Two hours at $400.00 per hour for Jason S. Remer, Esq. and two hours at $300.00 per hour for Brody M. Shulman, Esq.) and costs of $494.00 ($404.00 [filing fee] plus $90.00 [service]).

**WHEREFORE**, based on the foregoing, the Plaintiff files this Statement of Claim.

Dated September 19, 2015.

      Respectfully submitted,

***/s/ Brody M. Shulman***
Jason S. Remer, Esq.
Florida Bar No.: 0165580
Brody M. Shulman, Esq.
Fla. Bar No.: 092044

**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2015 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _s/ Brody Shulman_____
Jason S. Remer, Esq.
Brody M. Shulman, Esq.

**SERVICE LIST:**
Ena T. Diaz, Esq.
Law Offices of Ena T. Diaz, P.A.
999 Ponce De Leon Blvd., Suite 720
Coral Gables, FL 33134
Ph. 305.377.8828
Fax 305.356-1311
assistant@enadiazlaw.com
ediaz@enadiazlaw.com
*Counsel for Defendants*